Joseph STEPHAN and one, respts., v. William Hall ROBINSON, impleaded with others, applt. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Motion granted and appeal dismissed, with costs, including $10 costs of this motion, without prejudice to such remedy as appellant may have for relief against the judgment appealed from and the withdrawal of his answer.

John W. STERLING as trustee, Respt., v. Walter A. WELLS, impld., Applt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Orders affirmed, with $10 costs and disbursements, and stay vacated. No opinion. Order filed.

Archibald C. M. I. STEWART, Respt., v. Jennie A. STUART et al. impld., Applts. (Supreme Court, Appellate Division, First Department. April 7, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

In the Matter of Charles B. STOCKWELL, decd. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Motion granted unless appellant complies with terms stated in order. Order filed.

Minnie STOLOWITZ, appellant, v. Harry STOLOWITZ, respondent. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Interlocutory judgment affirmed, without costs. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Louise B. STOOTHOFF, appellant, v. Henry GRIESHABER, respondent. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Elizabeth STRANAHAN, applt., v. ERIE COUNTY SAVINGS BANK, respt. (Supreme Court, Appellate Division, Fourth Department. March 30, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that a case was made out for the jury. All concur, except Kruse, P. J., and Foote, J., who dissent.

Louisa STUDIER, respt., v. NEW YORK STATE RAILWAYS, applt. (Supreme Court, Appellate Division, Fourth Department. March 22, 1916.) Judgment and order affirmed, with costs. All concur.

Charles SUGERMAN, respondent, v. Louis STOLITZKY, appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Charles SUGERMAN, respondent, v. Louis STOLITZKY, appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Motion denied, with $10 costs.

In the matter of the application of Cornelius J. SULLIVAN for a writ of habeas corpus to inquire into the cause of his detention as an inmate of Willard State Hospital for the Insane. (Supreme Court, Appellate Division, Third Department. May 11, 1916.) Order unanimously affirmed.

Patrick SULLIVAN, respondent, v. TERRY & TENCH COMPANY, Inc., appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Patrick SULLIVAN, respondent, v. TERRY & TENCH COMPANY, Inc., appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Motions denied, with $10 costs.

In the Matter of Philip SUSSMAN. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Motion granted unless appellant complies with terms stated in order. Order filed.

William H. SWEEZEY, respondent, v. Joanna M. O'ROURKE, appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) The contract contemplated that plaintiff should sink the well until gravel bearing fresh water was reached. It conclusively appears that he failed to perform his contract in this respect. Judgment reversed and complaint dismissed, with costs. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

Hildred K. TALLMAN et al., respts., v. Charles WYAND et al., applts. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Order affirmed, with $10 costs and disbursements. All concur.

Victor TEDALDI v. Frank R. HITCHCOCK. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Motion granted, with $10 costs. Order filed.

In the Matter of the Application of William TEN JOST to review the action of certain inspectors of primary election, etc., in the City of Buffalo. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

THEODORE A. CRANE'S SONS COMPANY, respondent, v. SEABOARD EQUIPMENT CORPORATION, appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Application denied, with $10 costs.

Grace THOMPSON, appellant, v. CONEY ISLAND & BROOKLYN RAILROAD COMPANY and The Brooklyn Heights Railroad Company, respondents. (Supreme Court, Appel-